## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

HOWARD TKATCH,
an individual,

                    Plaintiff,

v                                                   Case No. 4:12-cv-13758
                                                    District Judge Gershwin A. Drain

BANK OF AMERICA CORPORATION,
a Delaware corporation,

                    Defendant.
_____

Jonathan F. Rosenthal (P66851)              GARY J. GALOPIN (P-31981)
Elliott B. Indig (P75980)                   Gary J. Galopin, P.C.
AIDENBAUM SCHLOFF AND BLOOM PLLC            200 Maple Park Boulevard, Suite 205
Attorneys for Plaintiff                     St. Clair Shores, Michigan 48081
6960 Orchard Lake Road, Suite 250          (586) 777-4225
West Bloomfield, MI 48322
(248) 865-6500

*Attorneys for Plaintiff*                   Gabrielle S. Stormo (P-68090)
                                            MCGUIREWOODS, LLP
                                            77 West Wacker Drive, Suite 4100
                                            Chicago, IL 60601
                                            (312) 849-8100

                                            *Attorneys for Defendant*

_____

### STIPULATION TO DISMISS CASE WITH PREJUDICE AND WITHOUT COST

NOW COMES Plaintiff Howard Tkatch and Defendant Bank of America, having both agreed to the terms of the stipulated Order attached hereto as Exhibit "A," as shown by the signatures of their respective counsel below, hereby request the Court enter an Order dismissing the above captioned lawsuit with prejudice and without costs.

Respectfully submitted,


/s/Elliott B. Indig_____
Jonathan F. Rosenthal (P66851)
Elliott B. Indig (P75980)
AIDENBAUM SCHLOFF AND BLOOM PLLC
Attorneys for Plaintiff
6960 Orchard Lake Road, Suite 250
West Bloomfield, MI 48322
(248) 865-6500


/s/Gary J. Galopin_____
GARY J. GALOPIN (P-31981)
Gary J. Galopin, P.C.
200 Maple Park Boulevard, Suite 205
St. Clair Shores, Michigan 48081
(586) 777-4225

# EXHIBIT A

**Stipulated Order**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

HOWARD TKATCH,
an individual,

        Plaintiff,

v                                          Case No. 4:12-cv-13758
                                          District Judge Gershwin A. Drain

BANK OF AMERICA CORPORATION,
a Delaware corporation,

        Defendant.

_____

Jonathan F. Rosenthal (P66851)        GARY J. GALOPIN (P-31981)
Elliott B. Indig (P75980)               Gary J. Galopin, P.C.
AIDENBAUM SCHLOFF AND BLOOM PLLC  200 Maple Park Boulevard, Suite 205
Attorneys for Plaintiff                 St. Clair Shores, Michigan 48081
6960 Orchard Lake Road, Suite 250    (586) 777-4225
West Bloomfield, MI 48322
(248) 865-6500

                                           Gabrielle S. Stormo (P-68090)
*Attorneys for Plaintiff*              MCGUIREWOODS, LLP
                                           77 West Wacker Drive, Suite 4100
                                         Chicago, IL 60601
                                         (312) 849-8100

                                         *Attorneys for Defendant*

_____

### ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS

      Plaintiff having filed the above captioned lawsuit, Defendant having defended same, the

parties having come to an accord, and the Court being fully advised in the premises:

      **IT IS HEREBY ORDERED** that the above captioned lawsuit is dismissed with

prejudice and without costs.

      **SO ORDERED**